No. 7,577.—ROBERT BRUBECK ET AL., RESPONDENTS, *v.* CITY OF BILLINGS and YELLOWSTONE COUNTY, APPELLANTS.

Decided June 12, 1936.

PER CURIAM.—Respondents' motion to dismiss the appeal herein for the reason that the record on appeal has not been filed within sixty days after perfection of the appeal, i. e., within sixty days after February 10, 1936, is sustained, and the appeal is accordingly dismissed.

*Mr. George S. Smith, Mr. C. W. Demel* and *Mr. M. J. Lamb,* for Appellants.

*Mr. Rockwood Brown, Mr. Horace S. Davis* and *Mr. Melvin N. Hoiness,* for Respondents.